UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| 24/7 RESTORATION SPECIALISTS, LLC | CIVIL ACTION |
| VERSUS | NO. 22-1948 |
| ZACHARY YOUNG | SECTION "H"(4) |

## JUDGMENT

Considering the evidence admitted at trial, the arguments of counsel, and the Court's findings of fact and conclusions of law (Doc. 59);

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff's claims for breach of contract and suit on an open account are **DISMISSED WITH PREJUDICE.** Defendant's claims for fraud and a violation of the Louisiana Unfair Trade Practices Act (LUTPA) are also **DISMISSED WITH PREJUDICE.** Plaintiff is entitled to a judgment in the amount of $35,909.26 on its unjust enrichment claim.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Reconsideration (Doc. 42) is **DENIED** as moot.

Signed in New Orleans, Louisiana, this 4th day of August, 2023.

_____
HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE